UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Y.A.Y.,

                    Petitioner,

          - against -

PAUL ARTETA, EL AL.,

                    Respondents.

---

26-cv-4060 (JGK)

<u>Order</u>

John G. Koeltl, District Judge:

The parties are directed to appear, by telephone, for a conference to-day, May 15, 2026, at 5:00 p.m.

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:     New York, New York
           May 15, 2026

                              _____
                                   John G. Koeltl
                              United States District Judge