UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Y.A.Y.,

                    Petitioner,

          - against -

PAUL ARTETA, EL AL.,

                    Respondents.

---

26-cv-4060 (JGK)

Order

John G. Koeltl, District Judge:

By **Wednesday, May 20, 2026,** the parties should submit a letter indicating whether they have reached an agreement to resolve the petition for writ of habeas corpus. If the parties are unable to reach an agreement, they should submit a proposed briefing schedule for the respondent to respond to the petition and for the petitioner to reply.

SO ORDERED.

Dated:     New York, New York
           May 18, 2026

           John G. Koeltl
           United States District Judge