**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

Y.A.Y.,

                Petitioner,

     v.

PAUL ARTETA, *et al.*,

           Respondents.

------------------------------------------------------------

26-cv-4060 (JGK)

[~~PROPOSED~~]
<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

It is hereby ORDERED that the government shall, on a date at which Petitioner's counsel is available between June 1, 2026 and no later than June 4, 2026, provide Petitioner with an individualized bond hearing before an immigration judge.  At that bond hearing, (1) ICE shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk; (2) the immigration judge must consider alternative conditions of release with respect to both dangerousness and risk of flight; and (3) if the immigration judge sets a monetary bond, he or she must consider Petitioner's ability to pay in determining the appropriate bond amount.  To address concerns of Petitioner's competency, Petitioner shall not be required to provide testimony at the bond hearing, and the presence of mental health concerns/lack of competency cannot, by itself, establish flight risk or danger to the community.

It is further ORDERED that if the immigration judge grants Petitioner release from custody on bond or other conditions, ICE shall (1) ensure that Petitioner is released from custody with a discharge plan and at least two weeks' worth of medications; (2) transport Petitioner to 26 Federal Plaza in New York, New York for release during business hours; and (3) allow Petitioner to contact his counsel prior to departing the facility to arrange for transportation.

The Court shall retain jurisdiction to enforce this Order.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:  New York, New York
        May 22, 2026

                                    JOHN G. KOELTL
                                United States District Judge

2